UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN KEENER,

        Plaintiff,

vs. **Case No.  2:04-cv-562-FtM-29SPC**

UTILX CORPORATION,

        Defendant.
_____

ROSSIE R. TACKETT,

        Plaintiff,

vs. Case No.  2:04-cv-563-FtM-29SPC

UTILX CORPORATION,

        Defendant.
_____

**ORDER**

     This matter comes before the Court on the parties' Joint Motion to Consolidate Cases for Pre-Trial and Trial (Doc. #34), filed on January 13, 2006.  The parties seek consolidation for the purposes of pretrial and trial only.

     When considering a request to consolidate under Fed. R. Civ. P. 42(a), "[t]he district court must take care to ensure that the trial of the consolidated actions will be conducted in a manner which does not prejudice the rights of the parties." Dempsey v. Mac Towing, Inc., 876 F.2d 1538, 1545 (11th Cir. 1989) (citing Hendrix v. Raybestos-Manhattan, Inc., 776 F.2d 1492, 1495 (11th

Cir. 1985)). The parties have all agreed to a consolidation of the cases for purposes of judicial economy and because the cases present common facts and questions of law. A review of the dockets reveals that both cases were removed from state court on the basis of diversity, and that both plaintiffs seek relief under the Florida Civil Rights Act from the same defendant. Both plaintiffs are also represented by the same counsel. The Court finds that the cases present common facts and law and the cases should be consolidated.

Accordingly, it is now

**ORDERED**:

1. The parties' Joint Motion to Consolidate Cases for Pre-Trial and Trial (Doc. #34) is **GRANTED** and the cases are consolidated for the purposes of pre-trial and trial only.

2. The pending Joint Motion for Extension of Pre-Trial Deadlines and Trial Term will be applied to the consolidated cases.

3. The Clerk shall place a copy of this Order in both cases.

**DONE AND ORDERED** at Fort Myers, Florida, this __18th__ day of January, 2006.

JOHN E. STEELE
United States District Judge

Copies:
U.S. Magistrate Judge
Counsel of record
DCCD

-2-